# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROPERTY OF THE PEOPLE, INC., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 18-1061 (RC) |
| DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) ) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's Order dated June 12, 2018, the parties submit this Joint Proposed Briefing Schedule in this case brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant has informed plaintiffs that defendant intends to file a motion to stay proceedings under Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976). In order to give defendant the time needed to prepare a declaration to accompany the motion, and to prepare the motion once the declaration has been completed, the parties propose the following schedule:

(1) On or before August 1, 2018, defendant will file its motion to stay;

(2) On or before September 5, 2018, plaintiffs will file their opposition to the motion to stay; and

(3) On or before September 21, 2018, defendant will file its reply.

Respectfully submitted,

*/s/ Jeffrey L. Light*
Jeffrey L. Light
D.C. Bar #485360

1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*


JESSIE K. LIU, D.C. BAR # 472845
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov